# UNITED STATES DISTRICT COURT
для the
__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Danville
AUG 0 4 2008
JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

United States of America )
v. )
) Case No: 4:01cr70025-001
ROBERT KENNEDY, JR. )
) USM No: 09197-084
Date of Previous Judgment __2/1/02__ )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __40__          Amended Offense Level: __38__
Criminal History Category: __VI__        Criminal History Category: __VI__
Previous Guideline Range: __360__ to __life__ months    Amended Guideline Range: __360__ to __life__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant was convicted of "crack" cocaine offenses and was sentenced to a 420 month term of imprisonment based on a guideline range of 360 months to life. Amendment 706 to the U.S. Sentencing Guidelines, applied retroactively to Defendant's case, would reduce his offense level from a 40 to a 38. However, due to his criminal history category of VI, his amended guideline range would remain 360 months to life. Because Amendment 706 does not change Defendant's guideline range, he is not eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2).

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __August 4, 2008__                    _____
                                                  Judge's signature

Effective Date: _____                        Norman K. Moon, United States District Judge
(if different from order date)                    Printed name and title